RECEIVED
AUG 20 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOAO DEOLIVEIRA | CIVIL ACTION NO. 07-0767 |
| VS. | JUDGE MELANÇON |
| CHEVRON USA, INC. | MAGISTRATE JUDGE METHVIN |

### RULING ON AMOUNT OF RULE 37(a)(4) SANCTIONS

On June 18, 2007, the undersigned magistrate judge denied a motion for protective order filed by plaintiff Joao Deoliveira, and on July 2, 2007, after the plaintiff filed a second motion for protective order urging essentially the same grounds, the undersigned ordered that plaintiff's counsel be compelled to pay the attorneys fees incurred by counsel for Chevron, USA, Inc. ("Chevron") in connection with opposing both motions.[1] Chevron was ordered to file an affidavit of fees and costs incurred in responding to both motions so that the court could make an appropriate award. That affidavit, which is unopposed, is now before the court.[2]

Rule 37(a)(4)(B) FED. R. CIV. P. states, "If the motion is denied, the court may enter any protective order authorized under Rule 26(c) and shall, after affording an opportunity to be heard, require the moving party or the attorney filing the motion or both of them to pay to the party or deponent who opposed the motion the reasonable expenses incurred in opposing the motion, including attorney's fees, unless the court finds that the making of the motion was substantially justified or that other circumstances make an award of expenses unjust." Thus, Rule 37(a)(4)(B)

---

[1] On June 26, 2007, plaintiff actually withdrew his second motion for protective order filed against Chevron, but not before Chevron filed a response. (Rec. Doc. 17).

[2] Rec. Doc. 28.

2

allows an award against either the moving party or the attorney filing the motion, or both of them.³ Under the circumstances of this case, the undersigned concluded that Mr. Gee, not the plaintiff, should be required to pay the attorney's fees and expenses incurred by Chevron in responding to both motions for protective order.

Reasonable attorney's fees are determined by multiplying the reasonable hours expended by a reasonable hourly rate. Hensley v. Eckerhart, 461 U.S. 424, 434 (1983). The calculation of reasonable hours requires a determination of whether the total number of hours claimed were reasonable and whether specific hours claimed were reasonably expended. League of United Latin American Citizens #4552 (LULAC) v. Rosco Independent Sch. Dist., 119 F. 3d 1228, 1232 (1997). A reasonable hourly billing rate is based on the "prevailing market rates in the relevant community." Blum v. Stenson, 465 U.S. 886, 895 (1984).

Chevron seek an award of $2,250.00 in attorney's fees, which includes 7.50 hours billed by attorney mark A. Lowe at a rate of $300.00 per hour. After reviewing the affidavit and the underlying discovery dispute, the undersigned concludes that Chevron's attorney should be compensated at the prevailing rate in this market, which is $150.00 per hour.

**IT IS THEREFORE ORDERED** that William Gee shall forward payment to Chevron through its counsel of record the sum of $1,125.00 within thirty (30) days following receipt of this order.

---

³ Rule 37(a)(4)(B) states, " If the motion is denied, the court may enter any protective order authorized under Rule 26(c) and shall, after affording an opportunity to be heard, require the moving party or the attorney filing the motion or both of them to pay to the party or deponent who opposed the motion the reasonable expenses incurred in opposing the motion, including attorney's fees, unless the court finds that the making of the motion was substantially justified or that other circumstances make an award of expenses unjust."

3

**IT IS FURTHER ORDERED** that the Clerk shall FAX a copy of this order to all counsel of record.

Signed at Lafayette, Louisiana on August 20th, 2007.

/s/ Mildred E. Methvin
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

COPY SENT
DATE 8-20-07
BY: Od
1) via fax: Lee III
    Lowe
    Bendurant