# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOÃO DEOLIVEIRA | CIVIL ACTION NO. 07-767 |
| VERSUS | JUDGE MELANÇON |
| CHEVRON USA, INC, ET AL | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons assigned in the Memorandum Ruling issued this date, it is

**ORDERED** that Danos & Curole Marine Contractors, LLC's ("Danos") Motion to Strike Opposition [Rec. Doc. 86] is **DENIED**.

**IT IS FURTHER ORDERED** that Danos's Motion for Leave to File Response to plaintiff's belated Opposition [Rec. Doc. 87] is **GRANTED**.

**IT IS FURTHER ORDERED** that Chevron USA, Inc.'s ("Chevron") Motion for Summary Judgment [Rec. Doc. 68], Danos's Motion for Summary Judgment [Rec. Doc. 70], and Century Technical Services, LLC's ("CTS") unopposed Motion for Summary Judgment [Rec. Doc. 71] are **GRANTED** and plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 13 day of February, 2009 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge